UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA CARRA,

Plaintiff,

v.

SUTTER BAY HOSPITALS, et al.,

Defendants.

Case No.  23-cv-02347-JSC

**ORDER RE: MOTION TO DISMISS**

Re: Dkt. No. 7

Christina Carra (Plaintiff) brings this lawsuit for discrimination against Sutter Bay Hospitals, Christopher Strunk, and Does 1-20 (Defendants).  (Dkt. No. 16-1.)[1]  Defendants move under Federal Rule of Civil Procedure 12(b)(6) to dismiss for failure to state a claim.  (Dkt. No. 7.)  After carefully considering the briefing submitted, the Court concludes oral argument is unnecessary, *see* Civ. L. R. 7-1(b), vacates the hearing scheduled for July 6, 2023, and GRANTS Defendants' motion with leave to amend.

The complaint expressly alleges Defendants retaliated against Plaintiff for engaging "in the protected activity of union stewardship."  (Dkt. No. 16-1 ¶ 10(n).)  As a result, Defendants argue Plaintiff alleges a violation of Section 8(a) of the National Labor Relations Act, over which the National Labor Relations Board has exclusive jurisdiction and to which a six-month limitations period applies.  Plaintiff responds that she intends to amend her complaint to eliminate all references to unions and union activity.  Accordingly, the motion to dismiss is GRANTED with leave to amend.  Plaintiff may file an amended complaint on or before July 24, 2023.

This Order disposes of Docket No. 7.

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: July 3, 2023

3

4                                                        _____
                                                         JACQUELINE SCOTT CORLEY
5                                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California